# ELECTRONIC RECORD

COA # 05-13-01112-CR          OFFENSE: 22.021

STYLE: Cruz Franco Martinez v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: MODIFY          TRIAL COURT: Criminal District Court No. 4

DATE: 11/25/2014          Publish: NO    TC CASE #: F-1263640-K

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Cruz Franco Martinez v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: April 15, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD